# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TERRELL ROBERTSON**
        **Plaintiff,**

    **v.**                                     **Case No. 13-C-0715**

**COMMISSIONER OF SOCIAL SECURITY**
        **Defendant.**

## ORDER

      Plaintiff Terrell Robertson seeks judicial review of the denial of his application for social security disability benefits. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

      Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that he satisfies the poverty requirements of § 1915. Plaintiff avers that he is unemployed,[1] with no income or valuable assets. Plaintiff further avers that he believes he is entitled to relief in this action, and on review of the complaint the court is unable to determine that the action is frivolous or that the complaint fails to state a claim.

---

[1] In his affidavit, plaintiff checked "yes" in response to question 1 – are you employed – but he listed no income from employment. On page 5 of the affidavit, he wrote, "no job more like homeless." (R. 2 at 5.) I will thus assume that he is unemployed.

**THEREFORE, IT IS ORDERED** that plaintiff's petition for leave to proceed in forma pauperis (R. 2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 1st day of July, 2013.

/s Lynn Adelman

_____
LYNN ADELMAN
District Judge